AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

GREAT BOWERY, INC. d/b/a TRUNK ARCHIVE,

*Plaintiff(s)*

v.

ROSE NAIL LOUNGE LLC

*Defendant(s)*

Civil Action No. 1:26-cv-26748

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

Rose Nail Lounge LLC
ATTN: Johnathan Do
1442 NW 208TH ST
MIAMI GARDENS, FL 33169

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Rosemary G. Sparrow, Esq.
HIGBEE & ASSOCIATES
3110 W Cheyenne Ave Ste 200
Las Vegas, NV 89032
(813) 710-3013

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Sep 28, 2026

s/ Micky Quezada
Deputy Clerk
U.S. District Courts